UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD P. BROWN,

        Plaintiff,                              Case No.  1:03cv457

v.                                         Hon. Gordon J. Quist

JOHN CASON,

        Defendant.
_____/

**ORDER AND JUDGMENT
APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on April 26, 2005.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 26, 2005, is **APPROVED AND ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the habeas corpus petition is **DENIED**.


                                                                /s/Gordon J. Quist
                                                            Hon. Gordon J. Quist
                                                            U.S. District Judge

Dated:  May 19, 2005